UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MACCRACKEN, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LINCOLN,<br><br>    Defendant. | Case No. 16-cv-01680-WHO<br><br>**ORDER RE SETTLEMENT**<br><br>Re: Dkt. No. 26 |

The Court hereby vacates all currently set dates, with the expectation that the parties will file their final settlement agreement for court approval within 45 days.[1]

The Court sets a Status Conference for February 27, 2018 at 3:00 p.m. If the parties file their motion for approval of the settlement agreement before that date, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: January 3, 2018



William H. Orrick
United States District Judge

---

[1] If the settlement is on behalf of a class, the parties shall follow the Northern District of California's Procedural Guidance for Class Action Settlements available here: https://cand.uscourts.gov/ClassActionSettlementGuidance.